UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID KUHN, )
    Plaintiff, )
) No. 1:13-cv-479
-v- )
) HONORABLE PAUL L. MALONEY
SHERIFF DALE KOWALKOWSKI, SCOTT )
REDMAN, ERIC SOVEREIGN, TONY HOWARD, )
AND PETER HASSAN, )
    Defendants. )
_____)

## PARTIAL JUDGMENT

Having granted the County Defendants' motions for summary judgment, under Rule 54(b) of the Federal Rules of Civil Procedure, **FINAL JUDGMENT** enters with regard to Defendants Dale Kowalkowski, Scott Redman, Eric Sovereign, and Tony Howard. The only remaining issue in this lawsuit is Plaintiff's damages for his claim against Defendant Peter Hassan.

    **IT IS SO ORDERED.**


Date:  December 31, 2014                    /s/ Paul L. Maloney
                                                                                     Paul L. Maloney
                                                                                       Chief United States District Judge